IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10841
Conference Calendar

_____

ALLEN CLAUDE EDWARDS,

                                          Plaintiff-Appellant,

versus

SERGEANT KINGSLEY,
Deputy Sheriff of Dallas
County; JIM BOWLES, Sheriff
Dallas County Texas,

                                          Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:93-CV-0234-AJ
- - - - - - - - - -
June 18, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:*

    Allen Claude Edwards, Texas prisoner # 523388, has filed a
motion to proceed in forma pauperis (IFP) on appeal.  Edwards has
failed on two occasions to comply with this court's order to
comply with the financial reporting requirements of 28 U.S.C.
§ 1915(a).  Therefore, his motion to proceed IFP on appeal is
DENIED, and the appeal is DISMISSED for lack of prosecution.  See

_____

    * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

5th Cir. R. 42.3.

If Edwards wishes to reinstate his appeal, he must pay the filing fee of $105 to the clerk of the district court within 30 days of the entry of the dismissal order.

APPEAL DISMISSED.